UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHEEN SMITH,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendant.

1:18-cv-05079-MKV

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2020

MARY KAY VYSKOCIL, United States District Judge:

    In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

    It is hereby ORDERED that the Post-Discovery Conference scheduled to take place on Wednesday, March 18, 2020 is adjourned to May 5, 2020 at 10:30AM. No later than April 28, 2020, the parties should file (i) a joint status letter of no more than 3 pages, and (ii) any pre-motion letters in accordance with the Court's Individual Rules of Practice in Civil Cases, available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

**SO ORDERED.**

**Date: March 16, 2020**
**      New York, NY**

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**