UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RASHEEN SMITH,

                        Plaintiff,                      18 **CIVIL** 5079 (MKV)

       -against-                                **JUDGMENT**

CITY OF NEW YORK, POLICE OFFICER
DANIEL ALEXIS, Shield No. 161, POLICE
OFFICER FERNANDO AVALOS, Shield No.
19429, and POLICE OFFICERS JOHN DOES
1-5,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 20, 2021, Plaintiff's motion for partial summary judgment is DENIED, Defendants' motion for summary judgment is GRANTED in its entirety, and Plaintiff's Complaint is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 20, 2021

                                                            **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                         **BY:**
                                                                   **Deputy Clerk**